MEG VINCENT, WIFE OF AND LOUIS KEITH VINCENT

VERSUS

NATIONAL GENERAL INSURANCE COMPANY AND DR. FREDRICK DANTAGNAN IV, ON BEHALF OF THE MINOR, JACQUELINE DANTAGNAN

NO. 23-CA-554

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

*Wiseman*

_____
October 24, 2024

_____
Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

## REHEARING DENIED

**SMC**
**MEJ**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/24/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 23-CA-554

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (District Judge)
Vanessa Motta (Appellant)                Todd C. Comeaux (Appellee)                Kyle L. Potts (Appellee)
Leigh Ann Tschirn Schell (Appellee)

### MAILED

Christopher A. D'Amour (Appellee)
Edwin C. Laizer (Appellee)
Attorneys at Law
701 Poydras Street
Suite 4500
New Orleans, LA 70139